# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN HARTMANN,<br><br>  Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORP.,<br><br>  Defendant. | CASE NO. 17cv1908-LAB (NLS)<br><br>**ORDER OF REMAND** |

"If it is *unclear* what amount of damages the plaintiff has sought . . . then the defendant bears the burden of actually proving the facts to support jurisdiction, including the jurisdictional amount." *Gaus v. Miles, Inc.*, 980 F.2d 564, 566–67 (9th Cir. 1992). As in *Gaus*, Costco only offered a conclusory allegation that based on the causes of action, it was likely the amount in controversy would exceed $75,000. This type of bare allegation "neither overcomes the strong presumption against removal jurisdiction, nor satisfies [defendants'] burden of setting forth, in the removal petition itself, the *underlying facts* supporting its assertion that the amount in controversy" is met. *Id.* 567. Since "it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447.

**IT IS SO ORDERED**.

Dated: October 2, 2017

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -